# EXHIBIT A

Person Filing: John Tyndall King
Address (if not protected): 11632 S. Mohave St.
City, State, Zip Code: Phoenix, AZ 85044
Telephone: 480-893-3220
Email Address: Jntyking@gmail.com
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or ☐ Attorney for ☐ Petitioner  OR ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John Tyndall King
Name of Petitioner

And

Human Capital Strategies
Name of Respondent

Case No.: **CV2015-001757**

## SUMMONS

---

**WARNING: This is an official document from the court that affects your rights.  Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Human Capital Strategies
                                    Name of Respondent

1.  **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*
    - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*
    - **Office of the Clerk of Superior Court,  222 East Javelina Avenue, Mesa, Arizona  85210-6201** *OR*
    - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

    **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CV11f -090413

Case Number: _____

3.   If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.   If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona  85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**                    _____

                                                   **MICHAEL JEANES, CLERK OF COURT**



By_____              MAR - 9 2015
**Deputy Clerk**



MICHAEL K. JEANES, CLERK
M. CARTER
DEPUTY CLERK

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

602-257-4434
or
www.lawyerfinders.org

Sponsored by the
Maricopa County Bar Association

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f -090413

NAME:____John Tyndall King_____
ADDRESS: _____11632 S. Mohave St.___
CITY & STATE:_____Phoenix, AZ_____
ZIP: _____85044_____
PHONE:____480-493-3220_____

COPY

MAR ⎯ 9 2015



MICHAEL K. JEANES, CLERK
M. CARTER
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

JOHN TYNDALL KING _____

_____

                        PLAINTIFF,

        vs.

PACIFIC AMERICAN TRANSPORT
 HOLDINGS, LLC et al._____
                and
LIBERTY PAYROLL AND BENEFIT
SOLUTIONS, LLC DBA HUMAN
CAPITAL STRATEGIES_____
                        DEFENDANTS.

_____

CV2015-001757

CASE NO:_____
TITLE:___COMPLAINT_____
_____
_____
_____

Plaintiff John Tyndall King brings forth the following cause of action and alleges the following:

1. Plaintiff is an individual and resident of Phoenix, Arizona.
2. Defendant Pacific American Transport Holdings, LLC and at the time of this complaint,  a resident of Phoenix, Arizona
3. Defendant Liberty Payroll and Benefit Solutions, LLC, DBA Human Capital Strategies and at the time of this complaint, a resident of Mesa, Arizona.

4. On or about October 21st, 2013 the Defendant hired the Plaintiff as an hourly employee of Pacific American Transport Holdings, LLC.

5. For the duration of Plaintiff's employment through October 24th, 2014 the Defendant failed to pay approximately 930 earned hours of overtime due the Plaintiff under FLSA labor laws.

## COUNT 1 – VIOLATION OF FEDERAL LAW

Defendant failed to pay Plaintiff overtime as mandated by the FLSA Regulations.

## DAMAGES

Wherefore, Plaintiff seeks actual damages in the amount of $8,153.60, plus liquidated damages of $8,153.60 allowed by the FLSA regulations under U.S. Code Title 29 Chapter 9--260. Total damages Plaintiff seeks is for totals $16,307.20 plus any attorney fees and court costs incurred.

Dated this 9th day of March, 2015


COPY

NAME: _John T. King_

ADDRESS: _1632 S. Mohave St._

CITY, STATE, ZIP: _Phoenix Az 85044_

MAR - 9 2015

MICHAEL K. JEANES, CLERK
M. CARTER
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

_John T. King_ )
)
_____ )
)
PLAINTIFF, )
)
vs. )
)
_Pacific American Transport Holdings LLC et al_ )
)
_Human Capital Strategies_ )
)
DEFENDANT. )
)
_____ )

NO. CV2015-001757

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does /does not** exceed limits set by Local Rule for compulsory arbitration.  This case **is / is not** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this _9th_ day of _March_, 20_15_ .

BY _____

Form #200   LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County