# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John T. King,<br><br>               Plaintiff,<br><br>v.<br><br>Pacific American Transport Holdings, LLC, et al.,<br><br>               Defendants. | No.  CV15-0584 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **July 15, 2015** without further leave of Court.

Dated this 15th day of June, 2015.

_____
David G. Campbell
United States District Judge